Amy L. Bennecoff Ginsburg (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike

Ambler, PA 19002

Telephone: 215-540-8888
Facsimile: 877-788-2864
aginsburg@creditlaw.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLEY JEAN ANTON, and CHRISTOPHER WATSON, | ) Case 8:19-cv-01717-JLS-ADS ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| AMERICAN HONDA MOTOR CO., | ) ) |
| Defendant. | ) ) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: November 4, 2020          By: */s/ Amy L. B. Ginsburg*
                                                           Amy L. B. Ginsburg, Esquire
                                                           Kimmel & Silverman, P.C.
                                                           30 E. Butler Pike
                                                           Ambler, PA 19002
                                                           Phone: (215) 540-8888
                                                           Fax: (877) 788-2864
                                                           Email: aginsburg@creditlaw.com

## **CERTIFICATE OF SERVICE**

I, Amy L. B. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

                              Austin R. Henderson
                              Bowman and Brooke LLP
                              750 B Street Suite 1740
                              San Diego CA 92101

Dated: November 4, 2020          By: */s/ Amy L. B. Ginsburg*
                                                           Amy L. B. Ginsburg, Esquire
                                                           Kimmel & Silverman, P.C.
                                                           30 E. Butler Pike
                                                           Ambler, PA 19002
                                                           Phone: (215) 540-8888
                                                           Fax: (877) 788-2864
                                                           Email: aginsburg@creditlaw.com

Case 8:19-cv-01717-JLS-ADS Document 50 Filed 11/04/20 Page 3 of 3 Page ID #:760