# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KELLY JEAN ANTON AND CHRISTOPHET WATSON,** | Case No.: 8:19-cv-01717-JLS-ADS |
| Plaintiff, | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| v. | |
| **AMERICAN HONDA MOTOR CO. INC.,** | |
| Defendant. | |

The Court, having considered the Stipulation for Dismissal filed by Plaintiffs Kelly Jean Anton and Christopher Watson and Defendant American Honda Motor Co. Inc. (together, the "Parties"), **IT IS HEREBY ORDERED** that the above-captioned action is **DISMISSED WITH PREJUDICE** in its entirety.

Dated:  January 13, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE